# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

Jorge Luis Leal

_____

_____

_____

*Plaintiff(s)/Petitioner(s)*

v.

See below and
attached

_____

_____

*Defendant(s)/Respondent(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case Number: **22-1172-SMY**
_____
*(Clerk's Office will provide)*

☐ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☒ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☒ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

## I.   JURISDICTION

**Plaintiff:**

A.   Plaintiff's mailing address, register number, and present place of
confinement. Williamson County Jail
404 North Van Buren St.
Marion, IL 62959

**Defendant #1:**

B.   Defendant _____Chief Hunter_____ is employed as
     (a)   (Name of First Defendant)

_____Chief / Administrator_____
     (b)   (Position/Title)

with _____Williamson Co. Jail_____
     (c)   (Employer's Name and Address)

404 N. Van Buren St., Marion, IL 62959

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government? ☒ Yes   ☐ No

If your answer is YES, briefly explain:

He was chief at Williamson County Jail.

**Defendant #2:**

C.    Defendant _Lieutenant Pinkerton_ is employed as

(Name of Second Defendant)

_Lieutenant / Administrator_

(Position/Title)

with _Williamson Co. Jail_

(Employer's Name and Address)

_404 North Van Buren St., Marion, IL 62959_

At the time the claim(s) alleged in this complaint arose, was Defendant #2
employed by the state, local, or federal government?    ☒ Yes    ☐ No

If you answer is YES, briefly explain:

He was employed at Williamson Co. Jail.

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

Defendant #3: Lieutenant Havens

Position/Title: Lieutenant / Administrator

Employer's name and Address:

Williamson Co. Jail
404 N. Van Buren St.
Marion, IL 62959

* Defendant #3 was employed by the Williamson County Jail at the time the 'doings' alleged in this complaint arose.

Rev. 7/20/18  * See attachment labeled "Additional Defendants" for more.

Additional Defendants"                    1

E. Defendant #4:  Sargeant Crowson

Position) Title:  Sargeant

Employer's name and address:
Williamson Co. Jail
404 N. Van Buren St.
Marion, IL 62959

* Defendant #4 was employed by the
Williamson Co. Jail at the time of the
claims alleged in this complaint arose.


F. Defendant #5:  Sargeant Starling

Position) Title:  Sargeant

Employer's name and address:
Williamson Co. Jail
404 N. Van Buren St.
Marion, IL 62959

* Defendant #5 was employed by the
Williamson Co. Jail at the time the
claims alleged in this complaint arose.

"Additional Defendants"                                    2

G. Defendant #6: Sargeant Etherton

Position/Title: Sargeant

Employer's name and address:
Williamson Co. Jail
404 N. Van Buren St.
Marion, IL 62959

*Defendant #6 was employed by the
Williamson Co. Jail at the time the
claims alleged in this complaint arose.


H. Defendant #7: Nurse Reynolds

Position/Title: Nurse

Employer's name and address:
Williamson Co. Jail
404 N. Van Buren St.
Marion, IL 62959

*Defendant #7 was employed by the
Williamson Co. Jail at the time the
claims alleged in this complaint arose.

"Additional Defendants"

3

I. Defendant #8: Officer Tommy

Position/Title: Correctional officer

Employer's name and address:
Williamson Co. Jail
404 N. Van Buren St.
Marion, IL 62959

*Defendant #8 was employed by the
Williamson Co. Jail at the time the
claims alleged in this complaint arose.

J. Defendant #9: Officer Etherton

Position/Title: Correctional officer

Employer's name and address:
Williamson Co. Jail
404 N. Van Buren St.
Marion, IL 62959

*Defendant #9 was employed by the
Williamson Co. Jail at the time the
claims alleged in this complaint arose.

"Additional Defendants"

4

K. Defendant #10: Officer Bandit

Position/Title: Correctional Officer

Employer's name and address:
Williamson Co. Jail
404 N. Van Buren St.
Marion, IL 62959

* Defendant #10 was employed by the
Williamson Co. Jail at the time the
claims alleged in this complaint arose.

L. Defendant #11: Officer Gibbs

Position/Title: Correctional officer

Employer's name and address:
Williamson Co. Jail
404 N. Van Buren St.
Marion, IL 62959

* Defendant #11 was employed by the
Williamson Co. Jail at the time the
claims alleged in this complaint arose.

"Additional Defendants"                                    5

M. Defendant #12: Officer Worsh

Position/Title: Correctional officer/
Supervisor

Employer's name and address:
Williamson Co. Jail
404 N. Van Buren St.
Marion, IL 62959

*Defendant #12 was employed by the
Williamson Coo Jail at the time the
claims alleged in this complaint arose.


N. Defendant #13: Officer Yingling

Position/Title: Correctional officer/
Supervisor

Employer's name and address:
Williamson Co. Jail
404 N. Van Buren St.
Marion, IL 62959

*Defendant #13 was employed by the
Williamson Co. Jail at the time the
claims alleged in this complaint arose.

"Additional Defendants"

6

O. Defendant #14: Officer Foster

Position/Title: Correctional Officer

Employer's name and address:
Williamson Co. Jail
404 N. Van Buren St.
Marion, IL 62959

*Defendant #14 was employed by the Williamson Co. Jail at the time the claims in this complaint arose.

P. Defendant #15: Officer Craig

Position/Title: Correctional Officer

Employer's name and address:
Unknown

* Defendant #15 was employed by the Williamson Co. Jail at the time the claims alleged in this complaint arose.

"Additional Defendants"                        7

Q. Defendant #16: "Orange Crush" (IDOC)

Position/Title: Tactical team

Employer's name and address:
Illinois Department of Corrections
1301 Concordia Court
PO Box 19277
Springfield, IL 62702

* Defendant #16 was employed by the
Illinois Department of Corrections at
the time claims alleged in this
complaint arose.

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☐Yes ☒No

B.    If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  You must list ALL lawsuits in any jurisdiction, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
Plaintiff(s):


Defendant(s):


2.    Court (if federal court, name of the district; if state court, name of the county):

3.    Docket number:

4.    Name of Judge to whom case was assigned:

5.    Type of case (for example: Was it a habeas corpus or civil rights action?):

6.    Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?):

7.    Approximate date of filing lawsuit:

8.    Approximate date of disposition:

9.    Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

III.    **GRIEVANCE PROCEDURE**

A.    Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?                                              ☒ Yes    ☐ No

C.    If your answer is YES,
1.    What steps did you take?

I filed Step 1, 2, 3, and 4 of grievance process. Exhausted grievance process.

2.    What was the result?

Step 4 was denied.

D.    If your answer is NO, explain why not.

E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?                                      ☐ Yes    ☐ No

F.    If your answer is YES,
1.    What steps did you take?

2.    What was the result?

G.   If your answer is NO, explain why not.

H.   Attach copies of your request for an administrative remedy and any
     response you received.  If you cannot do so, explain why not:

I have attached responses I
received in my grievances. However,
administration did not provide me
with every copy of grievance filed
and its response.

IV.    **STATEMENT OF CLAIM**

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

In addition to the claim(s) listed below, See attachments labeled "More Claims". Please apply any state or federal violation the court deems appropiate for every claim.

- Claim 1: On December 2020 thru January 2021, I was housed with general population regardless of my classification as a Protective Custody inmate. I was harrassed by many inmates because of my charge for about a mouth. While staff were aware of the situation, they failed to protect me or intervene, causing a vast amount of mental and emotional distress. Defendants; Chief Hunter, Lieutenant Pinkerton, Lieutenant

6

## V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

I pray that the court awards me compensatory damages, punitive damages, and any other relief the court deems appropiate for all the violations claimed, specially for the mental and emotional distress I have been suffering. Due to a potential concussion during the assault, I've been noticing mental consequences.

## VI.    JURY DEMAND (*check one box below*)

The plaintiff ☒ does  ☐ does not request a trial by jury.


## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.


Signed on:    5/30/22
_____
(date)

_____
Signature of Plaintiff

404 W. Van Buren St.
_____
Street Address

Jorge Luis Leal
_____
Printed Name

Marion, IC 62959
_____
City, State, Zip

125097
_____
Prisoner Register Number


_____
Signature of Attorney (if any)

"Move Claims"                                          1

Havens, Officer Tommy, Sargeant
Crowson, Officer Craig, Nurse Reynolds,
Sargeant Etherton, Officer Yingling,
Officer Etherton, and Sargeant Sterling.
See "Harassment Log" for more
details.


- Claim 2: As a form of retaliation by
Sargeant Crowson, Chief Hunter, Lieutant
Pinkerton, and Lieutenant Havens
because of my attorney's involvement
during the month I was being harassed,
on July 15, 2021, they housed trustees
in the PC block (E) I was in to
assault me. The main aggressor and
I had a separation order but it was
ignored. Rek Summers was the main
aggressor and should have never been
put in this block or be made into a
trustee. I was not protected and
no one intervened during the assault.
In addition, I did not receive
prompt and adequate medical/Dental
assistance. A vast amount of mental
and emotional distress was caused by
this assault, potentially a concussion.
Defendants: Chief Hunter, Lieutenant

"Move Claims"                                                2

Pinkerton, Lieutenant Havens, Sargeant
Crowson, Officer Etherton, Officer Bardit,
Officer Gibbs, Sargeant Etherton
and Nurse Reynolds. See "Assault Log
#2" and "Assault Grievance" for
more details.

- Claim 3: As a form of retaliation by Chief
Hunter, Lieutenant Pinkerton, Lieutenant
Havens, Sargeant Crowson, and Sargeant
Etherton, my cell was shaken down
by IDOC officers, a.k.a. "Orange Crush."
During this shakedown, commissary and
legal and confidential documents
pertaining to my criminal defense and
the assault were taken from me.
Commissary items were replaced but
issue with legal and confidential
documents was never solved. Defendants:
Chief Hunter, Lieutenant Pinkerton,
Lieutenant Havens, Sargeant Crowson,
and Sargeant Etherton. See "IDOC
Shakedown Log" and "IDOC Shakedown
Grievance."

"More Claims"                                           3

- Claim 4: Since August 2021, Administration
made the decision to house PC inmates,
Administrative Seg/ Medical Seg inmates
all in the same unit, causing a violation
of many rights to PC inmates. Essential
services and privileges do not compare to
general populations. We are being discri-
minated by being put in lockdown
excessively and our safety is being put at
risk. See "Excessive Lockdown Log"
and "Excessive Lockdown Grievance"
for more details. Defendants: Chief
Hunter, Lieutenant Pinkerton, and
Lieutenant Havens.

-

- Claim 5: As a form of retaliation,
administration intentionally did not
provide me all copies of all my filed
grievances and their responses in their full
text as I requested because they wanted
to make it more difficult for me to
file a suit. Specially, they spoiled the
grievances related to the assault and
the shakedown by IDOC officers in
August 2021 by wiping off all the
files related to this grievances from
the Kiosks, updating the system and

"Move Claims"

4

providing us new ID numbers. See
"Copies of Grievances Log" and "Copies
of Grievances complaint" for more
details. Defendants: Chief Hunter,
Lieutenant Pinkerton, and Lieutenant
Havens.

- Claim 6: An inmate who did not like me
because of my charge, filed a PREA
claim on me without any evidence or
witnesses. As a form of retaliation,
administration immediately put me
in Seg to punish me without any
investigation being concluded. I spent
14 days locked down 23/1 and my
privileges were taken away. Cruel
and unusual punishment. See
"Segregation Log" and letter written
to "Etherton, Havens, Pinkerton"
on 12/3/21 for more detail.
Defendants: Chief Hunter, Lieutenant
Pinkerton, Lieutenant Havens, Sargeant
Crowson, and Sargeant Etherton.

"Move Claims"

5

- Claim 7: Because officer North knew I was filing grievances and preparing a civil lawsuit against the staff, in my cell, she retaliated against me and shook me down with the purpose of getting access to my legal and confidential documents pertaining to this lawsuit. During her unusually lengthy shakedown, she was "caught in the act" reading these documents clearly labeled "legal." See "Shakedo by officer North and officer Freeman" as well as other supporting material for more details. Defendants: Officer North, Officer Yingling, Chief Hunter, Lieutenant Pinkerton, and Lieutenant Havens.

- Claim 8: On January 26, 2022, Officer Gibbs handed me two pieces of legal mail already opened. One was a piece of mail from criminal defense attorney. Most importantly, the other piece were more than 100 pages (background), logs, grievances I had sent to Lawler and Brown Law Firm pertaining to this lawsuit, but the post office returned it back to me because it

"More Claims"                                    6

too heavy; I ~~sent~~ the large yellow
envelop sealed and it was returned
to me opened. See letter I wrote
to "Chief Hunter" on 1/27/22
Defendants: Officer Gibbs, Chief
Hunter, Chief Hunter, Lieutenant
Pinkerton, and Lieutenant Havens.


– Claim 9: On 2/6/22, I gave Officer
Foster legal documents to copy for me.
They had a cover page that said,
"Legal + Confidential for attorney
only!!! Do not read!!!" At least
two hours later, I "caught him
in the act of reading them!! He
violated my privacy rights and Supervisor
North approved of his unprofessional
misconduct. See "Background: officer
Foster reading my legal and confidential
documents" and grievances, for more
~~details~~. Defendants: Officer Foster,
Officer North, Chief Hunter, Lieutenant
Pinkerton, and Lieutenant Havens.

Intro

On July 19, 2019, I was charged with
Attempted Enticement of A Minor. I was
let out on probation but was revoked on
September 7, 2019 due to probation's and
the Government's allegation that I
was suicidal as an "excuse" to pull me
out of the half-way house because they
did not want anymore responsibility over
me as they were concerned about my
mental health. Rather than giving me
the chance to find other living
arrangements, they took me to the
Williamson County Jail in Marion,
Illinois. They claimed it was
the safest place for me. After attempting
to re-instate my bond twice, the Court
agreed with probation and the Government
that this jail was the safest place for
me as officers and Sergeants would
make sure to keep me safe and that
I took my depression medications
as prescribed.

On December 2020, I was being housed
in D-Block and was considered the PC
Block in the jail. At least, everyone
knew everyone and it is fair to say it
felt safe to be there. Towards the

CV 2

end of the month, the jail had an
outbreak of COVID-19. We were told
that we had been the only block in
the jail who did not have any inmate
who had tested positive to the virus.
Because of that and to keep us from
catching the virus, we were moved to
two "Work Release" dorms away from
all the blocks who were infected. We
we separated into two dorms: About
10-15 federal inmates in one and about
10-15 State inmates in the other. We
were housed there for about two weeks
until they took control of the situation
in the Blocks.

Late December 2020 or early January
2021, we were moved back to the Blocks.
But rather than moving us all back to
D-Block to re-create the original PC
Block, we were, again, housed seperately.
Some were housed in D-Block and some
in E-Block. I was in E-Block housed
with half of the inmates there that I
already knew and the other half I
did not know. Significantly, we were housed
together without consideration of our
classifications. It was here that all

CV 3

issues began as staff did not care to protect me and my attorney had to get involved. Due to his involvement, staff retaliated against me causing the series of deprivation of rights that I claim in this lawsuit. Please read the attached Logs and supporting materials that pertain to each claim.

I now come before you praying that the Court grants me this lawsuit in violation of any applicable State and Federal laws. Ultimately, I pray that the Court awards me any compensation the court finds appropiate in the interest of justice due to but not limited to the physical, mental, or emotional damages I have been suffering.

Respectfully,

(Jorge Leal)

Assault Grievance                    AG 1

8/15/21

* All grievances filed before DOC
Shakedown on 8/12/21, ~~were~~ I
reconstructed by memory to the
best of my ability since the
originals were taken by DOC
officers from my cell and were
never returned. Responses to my
grievances are accurate since I
was able to copy them down
from the kiosk. In the kiosk,
inmates were only allowed to
see the content of responses to
their grievances but not the
content of their filed complaints.

* On July 19, 2021, I filed a
Step 1 Grievance (#3046387)
regarding the assault and asking
for ~~the~~ separation between and
summers to continue to be
re-inforced and for compensation
because the staff ~~were~~ liable
for my injuries since they had
put Summers in the same block
as me when ~~we~~ had a separation.
Thru this Step 1 I give a
little background about the
situation in Jan. 2021 and

AG 2

I mentioned about a letter I had written to sgt. Starling asking for help. Srg. Starling told me would put the original in my file and gave me a copy of it which I kept in my cell. This copy was also taken from my cell during shakedown by DOC officers and was never returned.

✱ On 7/20/21, Srg. Robert Etherton responded to my Step 1. Since I was still in lockdown, I gave Kristopher Harrelson my log-in info for him to copy down this response:

"For the space allowed on the grievance form, no grievance is listed other than you have a separation with Summers. The separation has been noted and Summers has been removed from the block."

Sgt. Etherton WC 76

* Later the same day Srg. Etherton and Lt. Havens pulled me out of the unit and into the library to discuss about the Step 1 grievance I filed. I immediately told Lt. Havens that if we were going to talk about the grievance that we needed to document everything said in writing. He pulled out a small yellow notepad and said, "that is what I am here for." He initiated the conversation about the grievance by saying that there was no separation between me and Summers in my file. I knew right then that he was trying to cover up the assault because his own employee, Srg. Etherton, had already responded to my Step 1 confirming that, in fact, I had a separation listed in my file with Summers. It appears that maybe Lt. Havens was not aware that Srg. Etherton had already responded to my Step 1. Srg. Etherton, then, told me to "just disregard his

AG4

response to my step 1.

Lt. Havens continued by insisting
that back in January 2021
he had asked me for a list of
names of inmates that were
giving me trouble but that I
had never given him one. He
claimed he could only remember
that Kevin Pagent was giving
me trouble but no one else. I
got irritated and said to him
firmly that I had not
asked for separations and as
far I knew, my attorney
had only asked him to move
me to another unit. I explained
to him that when I was
pulled out of the unit, officer
Baxter told me that he
had asked him to ask me for
a list of names to do
separations between me and
these inmates. I immediately
gave him the names, he
wrote them down and I was
put in D Block. Srg. Etherton
and Lt. Havens shook their

A65

heads looking at each other
and Lt. Havens asked me
if I knew officer Baxter
did not work here anymore and
I told him I knew. He
went on to say that if officer
Baxter were still here, he
would 'bitch slap' him and
laughed about it. Lt Havens
then asked me to give him,
again, the names of the inmates
with whom I knew I had
separations with to make sure
that they were all listed in
my file and so this issue
would not happen again. I
gave him the names and
he wrote them down.

Lt. Havens concluded by asking
me to let him know of any major
issues in the unit because he
knew I was an honest person.
He said all I had to do
was to send him a message
thru the kiosk and he would
take care of the issue. I
told him I could not do

Harassment
Log

H - 1

8/13/21

* From late Dec 2020 thru Jan
2021 I was being verbally and
sexually harassed by a group of
about 6 white males in E-Block.
A guy with first name of Carls
(He was cellmates with Dale
Peterman in 102) initiated the
the whole thing because he knew
about my case from learning about
it on the news about a month
before I came to jail, which
would have been in August 2020.
Carls and I were together at
the half-way house in Marian
and since he found out about my
case he hated me and bullied
me.

Along with him were Patrick
Pagent, Rex Summers, Christopher
Minor, and Dustin Allen. Also
Jordan Clame and Jason Mills.
On the daily basis for about a
month, they threatened to beat
me up, they bullied me and
humiliated me about my charge,
they would call me by racist
remarks and threatened to

rape me. During this time, a friend of mine, also an alleged sex offender, was beat up by Christopher Minor for the same reason. Also, a guy with the name of Christopher Harrelson was being threatened because of his case.

* Dec. 22. 2020
- I told officer Tommy of what was going on and he assured me he would tell Srg. Crowson. He also told me that in the next few days they were moving some people to C block. But it never happened.

* Dec 30, 2020
- My attorney, Stephen Williams, called the jail and spoke to officer Craig about the situation. My attorney called because my brother, Hector Leal, called to ask him to check on me because I had not called home in a few days and they knew I was being threatened and

H-3

they were concerned. We were in lock down because of COVID-19 and we were unable to use the phone.

Craig then asked me what was going on and I told him that I was being threatened and that I did not feel safe anymore. He then told me they would try to figure something out before we got off of lock down from COVID-19 but nothing was ever done.

\* I became desperate that I wrote a letter to Srg. Crowson and the nurse asking for help. I told them I did not feel this was the right environment for me and that I didn't feel safe anymore. I even asked them if they would be willing to testify or write a letter to the judge explaining my situation to try to reinstate my bond. Srg. Crowson came to talk to me and told me that because of COVID-19,

H-4

they could not operate as they
normally would and that he
would ask his boss if he could
write a letter to the judge or
testify and that he would get
back to me. He never did
anything to help me. Officer Etherton
and Kingple witnessed our conversation.
* My final attempt was to write
another letter to Srg. Starling
about the situation but he
did not help either. He told
me to speak to the day shift
Sargeant about the situation.
I asked him to make me a copy
of the letter I wrote him
and to put the original in my
file.

* I then called my attorney and
he made a phone call with
Lt. Havens to tell him about
the situation and asked him to
move me to another block. About
an hour later, Lt. Havens gave
the order for me to be moved
to D Block. As I came out of
E Block to be moved, officer Baxter

H-5

asked me to give him names of
all the inmates that were giving
me trouble. I gave him all the
names and Baxter stated that
Lt. Havens had ordered him to do
separations between me and all
these inmates. After this, I
was put in D Block.

* I wrote this log a day after
  DOC came to shake us down
  on 8/12/21. They took the letter
  (a copy of it) I had written to
  Srg. Sterling asking for help back
  in Jan. 2021. I wrote this
  by memory to the best of my
  recollection.

E Block - "PC"                                    1

8/13/21

I was housed in D Block for
about a month. In late Feb. or
early March 2021, I was moved
back to E Block as it was
once again operated as a "PC"
Block. This was to be the
block for "non-aggressive" inmates
with similar charges and for
anyone else who qualified to be
here and for safety reasons.

I suspect they decided to make
this change because of my situation
since my attorney had reported it
to Lt. Havens. I recall after
this happened and Srgt. Crowson
saw me, with a firm attitude
he said, "look, isn't this what
you wanted?" I just looked
at him and kind of ignored
him. Before this I had a
very good relationship with him
but after this I noticed our
relationship drastically changed
as he wasn't the same with me
anymore.

Assault Log #2

AL-1

8/12/21

✳ On 8/12/21, DOC shook us down and took many items from my cell including commissary, legal and confidential documents. They took a log I was writting related to the assault from July 15, 2021. So, I decided to write this log my memory to the best of my recollection.

✳ 7/15/21

- @ 5:30 pm we were locked down for count as part of our daily routine. During this time, trustees came into the block to be housed with us "PC" inmates.

- @ Around 6pm, we were allowed to come out of our cells. I did not come out until closer to 6:30pm. I immediatly went to the phone to call my mom. While I was using the phone, I noticed Rex Summers was on a visit on the Kiosk. I finished my phone call and went back to my cell.

AL-2

- @ around 7pm I came out of my
cell, went down the stairs and
was headed to the water closet
to get hot water for coffee. As
soon as I came down the stairs
and start walking towards the closet,
I notice to my left by the kiosk
and closer to the main unit door,
were Rex Summers and James
Patton having a conversation. As
I continued to walk towards the
closet to handle my own business,
Summers calls out my name and
aggressively begins to question
me about why I had filed a
seperation between us and if
I had a problem with him. I told
him he already knew why and that
I did not have to explain myself
to him. He continued to aggressively
insist and so I reminded him
about the situation from back
in Jan. 2021. He quickly escalated
to threaten me to beat me up
and to call me names such as
"sex offender bitch!" He came
to stand in front of me many
times acting and threatening to

A2-3

"bitch slap me" and to hit me
with his head. I stood in front
of him. My cellmate, Marco Diaz,
was a few feet from me sitting
down at one of the kiosks. He got
up and stood next to see what
was going on. Diaz never said a
word and Summers immediately
starts questioning about his
charge wanting to know if he
was also a "sex offender bitch"
just like me. Diaz did not
speak much English so I told
Summers that it was his problem
why Diaz was in here for. I
also told him that nobody cared
about his charge and life and
not to worry about anyone else's.
As he continued to aggravate me
and Diaz about our charges I
remember asking if he had been
put in that block just to
give me shit. He then raised
his hand to call his three
friends to come help him and
said something like, " Let's
stomp them."

AL-4

This went on for at least 5
minutes and no officers ever came
to prevent us from throwing
punches. I could see there was
somebody behind the main door
watching what was going on
but they never came into the
unit to separate us.

Suddenly punches were being
thrown. Everything happened
so fast that I only remember
the following: Summers threw
punches at me and I threw
some at him. Diaz threw
punches at Summers and Summers
at him. Out of nowhere I
feel two punches in the back
of my head and so I turn around.
As I turn around, I see two
people throwing punches at my
face and was instantly knocked
down. I remember I may have
hit a wall behind me. Soon,
I remember some is grabbing me
by the arm to help me get up
and sit on the bench. I recall
seeing Diaz next me asking if

AL-5

I was ok. As I was sitting down at the bench, I recall seeing lots of blood on the floor and noticed my mouth was covered in blood from lip being cut open pretty badly.

A couple of minutes later, Srg Crowson, officer Etherton, officer, Bandit, and officer Gibbs finally came into the unit. Srg. Crowson pulled out his flashlight to inspect my injuries, specially my mouth. I then heard officer Bandit say, " I knew this was a bad idea." Srg. Crowson, then, asked me if I needed medical attention and I told him, 'yes'. He told me he would have to take me to the ER and I told it was fine to take me to the ER. Srg. Crowson, then, said to hold on that he was going to call the nurse to see what she wanted to do. He went out of the unit and came within a couple of minutes and said that the nurse had told him she would see me first thing in the morning.

AL-6

By this time everyone else was
locked down except me and Diaz.
We both remained seated at
the table. The Srg and officers
all left and officers Gibbs
came back with in a few minutes
to give me a bag of ice and
to clean up the blood. I
recall telling officer Gibbs
to "please make sure all of this
get documented" and her
response, "Oh, it will be, we
got it all in video." She
then told me and Diaz to
go back to our cell. We were
all locked down the rest of
the night.

As the night passed, my upper
lip continued to swell up more
and more and making the
cut even bigger, causing it to
continue to bleed heavily.
Around 10pm, I asked them
for another bag of ice since
my lip continued to get worse.
Around 10:30 pm, Srg. Crowson
and officer Bandit came up

to my cell to give me my
daily meds for depression,
and I told Srg Crowson that
my lip was getting worse and
that it would not stop bleeding.
He pulled out his flashlight
and looked at it again. Officer
Bandit, standing next to him,
also looked at it and said,
"Yeah, it sure is getting
worse." I was hoping he
would take me to the ER
after seeing it getting worse.
The cut was at least an inch
long and pretty deep, it was
bleeding heavily and so to my
judgement, it needed stitches.
He, again, told me that the
nurse would see me first thing
in the morning.

\* 7/16/21
- the morning went by and
  the nurse did not see me until
  about noon. She asked me what
  had happened and I explained
  to her the situation. She asked
  me about my injuries and I

AL-8

told her about my cut lip, my
loose and sensitive teeth, my
gums were hurting, I was having
migranes, I had a knot on the
back of my head, my whole body
was aching, I felt out of balance,
I felt out of energy because I
had been eating well because of
the injuries in my mouth, I could
not focus, I could not sleep,
I was afraid, angry, stressed
out, and depressed. She told
me she could not do anything about
my teeth but that she would ask
the doctor if he would give me
medication for the pain and
inflammation. I then asked the
nurse why she had made Summers
into a trustee and why he had
been put in the same block as
me throwing that we had a
separation and she simply responded
that she did not have access to
our files. As I walked back to
the unit, inmates in D Block
were looking thru the window
and as they saw me one of them
said, " that's the guy that

AL-9

got Knocked the fuck out," and
a few others laughed.

- Around 10pm Sgt. Crowson gave
me my depression meds and finally
meds for pain and inflamation
for the first time. I asked him
how long we were going to be in
lockdown and he said that
until he had a chance to watch
the video. He said that
somebody else should have already
watched it and given us a
disciplinary write up.

- I continued to be in lock down
thru the weekend and Summers
and one of the other aggressors
were allowed to go back to
work as if nothing had ever
happened. I asked many officers
why they were handling the
situation like that and they
said they did not understand
why and all they could do was to
give me a grievance. I ended
up spending 5 days in lockdown
for being assaulted.

AL-10

\* 7/19/21

- At around 11am I saw had a grievance visit with the doctor. He asked me what had happened and I told him. I told him about the injuries and he told the nurse to give me medication for pain and inflamation. The nurse told him she had already put me on that which confirmed that she never consulted him about what to give me after the first time the nurse saw me.

- Later that day when I was allowed to come out for hour, I initiated the grievance process pertaining to the assault. See attachment "Assault Grievance."

- Photos A and B of inmate's face, Jorge Leal.
- Photos were sourced from Martha Leal.
- Taken on July 20, 2021.



Photo A – Inmate Jorge Leal



Photo B – Inmate Jorge Leal

PAGG

that because we were in a very toxic environment and being a "snitch" would cause me lots of problems.

\* 7/20/21
- Srgt. Etherton responded to my step 1 for the second time:

"This step 1 grievance was answered before Lt. Havens and I met with you concerning your issue. As discussed during the meeting, you may fill out a step 2 grievance with the separations that you were aware of, both people as well as those that are not in custody, so that this issue will not occur again in the future."

Sgt. Etherton WC 76

- Later I filed a step 2 then a step 1 grievance by mistake #305043. I gave Lt. Havens the list of separations, again, that I was aware of I had with others from Jan 2021. I told

him the issue of the separations
was resolved but was still asking for
compensation.

* 7/21/21
- I filed a step 2 #305&360
to make Lt. Havens aware I
had sent him the list of separations
he had requested thru step 1 by
mistake the day before.

* 7/22/21
- I filed a step 2 # 3060434
directly to Lt. Havens to
request counseling because I was
dealing with lots of emotional
and mental distress due to the
assault.

* 7/22/21
Filed step 3 # 3062334
I continued to ask for compensation
since Lt. Havens never responded
to my step 2 and I felt he
would just ignore me.

* 7/23/21
Lt. Pinkerton responded to my

A6-8

Step 3:

"Until you receive an answer on your
Step 2, grievance Step 3 is invalid.
Step 2 is being researched and
you will receive an aswer as soon
as step 2 is investigated."

✳ 8/3/21
- Filed a step 3 #3117947
  I inquired about my compensation
  and counseling.

- Lt. Pinkerton responded to my
  Step 3 the same day:

  "The answer to your step 2
  grievance was sent to the Sheriff's
  Office Attry, we are waiting on
  an answer. We are also waiting
  on a mental health counselor to
  come see you."

✳ 9/15/21
  Filed, again, a Step 2 to inquire
  about compensation:

  ✳ This is a notice regarding my

AG-9

unanswered Step 2 pertaining to the compensation you must award for causing the preventable assault by Rex Summers and two other trustees where I was a victim of in July 15, 2021. I filed a Step 2 and was never answered. Lt. Pinkerton's response was that, 'Until you receive an answer on your Step 2 grievance, Step 3 is invalid. Step 2 is being researched and will receive an answer on Step 2 once is investigated.' On August 3, 2021, I enquired, again, and Pinkerton said,' The answer to your Step 2 grievance was sent to the sheriffs office...' It has been about a month and a half since your response to my inquiry and yet have not received a satisfactory remedy. A satisfactory remedy would be that I get awarded an amount according to the courts who have awarded compensation to other inmates that were victims of similar crimes. A satisfactory remedy is not keeping silence or invalidating my

AG-10

grievances. I, respectfully inform
you that if by Monday, Sept 20,
2021, by 4pm, I do not
receive a satisfactory remedy
to my step 2, I will continue
to exercise my right to file
a step 3 and step 4. Thanks."

* 9/16/21
- Lt. Havens responded to step 2.

"On 8/27/21, along with
witnessing officer Baller, met and
explained to you the following...
A grievance indicating compensation
will be forwarded to our states
attorney's office as it's an
indication of suit. As far as
preventable assault, you confirmed
to myself and Sgt. Etherton
that you never notified staff
a potential issue on the date
of the incident you are
referencing. You initiated the
conflict on this date by exiting
the safe confines of your cell,
where there is a cell box
for emergencies that you

AG-11

refused to use. Instead, you
confronted inmate Nex Summers
with the assistance of your
cellmate, Inmate Marco Diaz.
Grievance denied."

- Later the same day, I filed
Step 3:

"Pinkerton, this is my official
third notice to you concerning
the compensation you must award
me due to Nex Summers and
two other trustees, assaulting
me because you put him and all
the other trustees in PC Block
with me on July 15, 2021, to
your convenience and not considering
that we had a separation.
On 9/15/21, I inquired with
Havens on my Step 2 that
was never responded. On 9/16/21,
he responded by denying my Step
2. For the record and though
you may not like to hear it,
allow the documented facts
speak for themselves. As you
know the grievance process

was implemented for the purpose
of documenting when an inmate
files a complaint and allows you
the opportunity to remedy the
complaint, before it goes to
court. We file a step in writing
and you should respond in writing,
unlike what Havens has done
with me twice by pulling me
out of the block into the library
to talk to me about the grievance
and then responds in writing
saying something totally different
from what was actually said
and even claiming the issue
had been resolved. His response
to my Step 2 of this grievance
is the perfect example. He
claims on 8/27,21, along with
Baker, met with me and
explained that, "A grievance indicating
compensation will be forwarded
to our states attorney's office
as it's an indication of a suit."
First, the discussion we had was
about commissary items and
legal documents taken from my cell
during shakedown by DOC officers.

Second, on 8/3/21, you had already
told me that the grievance had
been sent to your attorney. Why
would he be sending it again?
Third, the only thing he did was
to try to intimidate me by getting
loud with me, as typical of
him, but failed because I did not
allow him to, so he just got up
and left. He now wants to blame
me and since this happened, has
attempted to cover up everything.
It's a little too late for that;
Objective material facts, including
admissions by your own staff and
inmates who witnessed everything
first hand, prove unequivocally
the truth. Please respond to
me in writing about my compen-
sation."

✳ 9/17/21
- Lt. Pinkerton responded to Step 3:

"This is not a grievance it's a
demand and it has received an
answer. Grievance procedures
are not being followed. Grievance

AG-14

denied."

- I filed a step 4 grievance:

"This is my official step 4 grievance notifying you for the last time about the compensation that I had asked for due to Rex Summers assaulting me, along with two others on July 15, 2021, as you chose put them in this PC block with me, for your own convenience and without consideration that Summers and I had a separation. Pinkerton called my step 3 a demand while Havens saw my step 2 as a grievance, when they both had similar content. As they did not agree on what to call each step, they did agree on denying my "grievance." What is left to emphasize are the undesputed facts that you are well aware of the violations of my civil rights by the jail and staff. (1.) On January 2021, the jail put me on E Block with other

AG-15

inmates, including Rex Summers,
without consideration of my classification
violating IL Admin code 20.701.70,
(2.) A separation order resulted
between me and Summers because
of what happened on Jan. 2021.
Then, you still put him in
PC block with me, causing the
assault as he confronted me
about the separation order. Another
violation of IL Admin code
20.701.70, (3.) This assault
resulted in many physical injuries
to me as well as mental and
emotional for which you are
liable for, (4.) Nurse Reynolds
failed to provide me prompt and
adequate medical attention and
therefore violated IL Admin
code 20.701.90, (5.) Nurse
Reynolds made Summers into
a trustee, without consideration
of his classification violating
IL Admin code 20.701.5, (6.)
Trustees should have never been
put in PC block, which violates
IL Admin code 20.501.310,
(7.) Let's not forget during

AG-16

shakedown by DOC officers, they took legal and confidential documents relating to my criminal case and this assault. There are many facts that support my claim including the grievances, the video, admissions from your staff, and many inmates who witnessed everything first hand. Please respond to me in writing and provide me with copies of ALL my grievances and your responses related to this claim. Thanks."

* 9/20/21
Lt. Pinkerton responded to step 4. It should have been Chief Hunter who responded:

" You have received an answer for your step 4 grievances concerning the same issue. You are not following the proper grievance procedure. Grievance denied."

* No response pertaining compensation was ever given.

9-1-21

I am rewriting my statement due to the 1st one being taken from Jorge Leal's cell when Williamson County jail staff allowed Officers from Department of Corrections to do a "Shake down".

I, Travis Lee Elder Jr. Williamson County inmate number #180563 hereby state that the incident involving Jorge Leal and Marco Diaz is as I seen; Rex Summers started threatening and taunting Jorge and Marco as Jorge and Marco walked to get hot water from the mop room. Rex calling Jorge and Marco "child molesters" and "sex offender ass bitch". That he should "slap the sex offender ass bitch". As Rex walked around the kiosks he acted as he was going to backhand Jorge. When he came back to the front of Jorge and Marco he asked Marco if he was a "sex offender as well". Jorge said "don't worry why he is in here". That further enraged Rex. Rex asked the other trustees if they wanted to help "stomp them". Then Rex started in on assaulting Leal. Darrell Valco and another jumped in assaulting Leal and Diaz. Guards came rushing through the door and escorted Rex out and locked us down.

Any further questions contact me at 618 964-4101

Travis Elder Jr.
~Elder Jr.

To: Jorge Leal

From: Travis Elder

I James Patton Witnessed an assault on Jorge Leal by inmate Rex Summers whom Leal had a seperation on. This assault happened in Mid July 2020 and I (James Patton) am willing to testify about the assault and how one correctional Officer (CO Amy) had stated she knew it wasn't a good Idea to house the trustee's (including Rex summers) in E-Block (a PC Block) with us.

I (James Patton) will also Testify That on July 20, 2020 I saw a responce to Mr. Leal's grievence from Sgt. Etherton along with Other Grievences regarding this matter and how no remedies are being done for Just Compensation or Justice.

9-15-21

Contact -
Christine Engler - mom
618-663-2932

In January 2021 Rex Summers and other Inmates was making threats to Jorge Leal and trying to extort him. This lead to Mr. Leal to put a seperation on Summers and the other Inmates and to be moved to another block for his safety. I am willing to testify to the facts listed above.

Keith Kemery

To whom it may concern,

During the week of July 12th-19th of 2021 while I was in custody at Williamson County Jail in Marion Illinois a altercation between a Mr. Rex Summers and a few other trustiees ac and a Mr. Jorge Leal and Mr. Marco Diaz occured. I didn't not witness the altercation I was in my cell either sleeping or reading. A day or two of the after the insedent altercation Mr. Jorge Leal got my attention as I was walking to my cell, he and Mr. Diaz were on lock-down due to the altercation, as for Mr. Summers and the other trustiees were removed from E-Block, but resumed thier dutys as jail trustiees. Mr. Leal asked me if I was willing to log into his account of the kiosk and right out the answer to his grievence he had filed to the jail adminastration. He stated he didn't not trust anyone else to preform the task so he asked me. I recieved his login info of a piece of paper he provided me and I went to the kiosk and retrieved his answer to the grievence and wrote it out in my own hand and returned it and the log-in info to Mr. Leal. I didn't not memorize the message, however I doe recall it was from Sgt Robert Etherton and it stated that Himself and the jail admin were aware of a sepperation that Mr. Leal had placed against Mr. Summers due to pryer a incounters incounters that had occured.

That is all I recall of the situation, I do not get involved with peoples affairs in here it is not my place nor a need for me to do so. I can say for certain that what I've told you in this statement is true and I give it freely.

Respectfully,

Kristopher Lee Harrelson

Jan. 12th 2022

DOC Shakedown Log          DC 1

8/12/21

- Around 8:30 or 9 am, about a hundred DOC officers came in to intimidate us and shake us down. They were all wearing riot gear and were carrying wooden sticks. We were all taken out of our cells, our unit, and into the library so we could not see what they removed from our cells. From my cell, they took many commissary items and legal and confidential documents pertaining to my defense for trial for my criminal case and pertaining to the assault I was the victim of in jail back in July 2021. I initiated the grievance process for these missing items on the same day. See document labeled "DOC Shakedown Grievance."

- Between 12pm and 1pm, officer Holmes and officer Crompton came into the unit to show large plastic bags containing what had been taken from our cells. They showed me some greeting cards my family had sent me and told me that they were going to put them in my

D2 2

property. I asked them about
everything else that had been
taken from cell and they just
simply told us they did not know.

\* 8/26/21
- Lt. Havens asks me for a list
of commissary items that were
taken from my cell when I
had already given him a list
thru step 1 and the first
step 2 I filed. He also acknow-
ledges that DOC officers did
in fact took documents that
if they are legal, they may
need to be sent back if they
were mistaken as contraband.
See doc. pg. DOC 5 on 8/26/21.

\* 8/27/21
- Lt. Havens had officer Baker
pull me out of the unit and into
the library to talk to me
about the step 2 I had filed
on 8/26/21. See pgs. DOC 5 -
DOC 7.

When officer Baker was escorting

DL 3

to the library he confessed to
me that he did not know what
this was about. He did, however,
sit in the library with us to
hear our conversation.

Lt. Havens immediately showed
me a copy of the grievance I
had filed and as usual of him,
screamed loudly to try to
intimidate me, telling me that
he was not going to allow me
to talk to him like I did
thru the grievance. He told
me I was being disrespectful
to him. He also ordered me to
stop writing such long grievances
because he could not print them
out in their complete text. He
also told me he wanted, again,
a list of the items taken from
my cell. In addition, he told
me there was nothing he
could do about the legal documents.
As I tried to talk, he got
even more upset and reminded
me that, "he was the
Lieutenant and I was the

D24

inmate. "His comment made me upset so I got firm with him as I said, "so if you are not going to allow to talk and give me a solution to the grievance, then what are we doing here?, why don't you do your job, respond to my grievance in writing as you should?" He told him he was not going to respond to my grievance in writing, got up and started walking out of the library. As he was walking out of the library, he told me I was not going to get any compensation for the assault as I had not pushed the call box botton in my cell. He ultimately told an officer to turn the tv off in my unit as retaliation because of the situation that took place between us two in the library.

- A few minutes later after our conversation in the library, Lt. Havens responded to my

DC 5

Step 2. See DCC7 and POC 8
(response to step 2 from 8/28/21).

* 9/1/21
- Chief Hunter pulled me out of
the unit and into the library
to talk to me about the grievances.
He told me that I was not following
grievance procedures and that if
I did not follow the staffs'
instructions, he would take away
my right to file grievances. I told
him I had to skip steps because
Lt. Havens would not respond
to my grievances. I told him
about the situation that
happened between Lt. Havens
and me and how I felt that
was not way of solving a
grievance. At the end, we
negotiated a deal about the
missing commissary items. The
jail should have a copy of the
signed agreement. I asked
for a copy of it but was denied.

Before we concluded our conversation,
I told him I was going to

continue the grievance process about my legal documents. His response was that I should not file grievances about my legal documents because they would just get denied. He told me that DOC officers who did the shakedown had written down a list of all the items taken from every cell and those documents were not listed. Strangely, the Lieutenants kept asking for a list of missing items when Chief Hunter claimed they already had one. I ended the conversation by telling him that it was best for both of us to document everything.

D27

Jorge
            Contact my mom and Terry Tell
Them what happened. Also tell them how
They threatened me with the batons
and had us all handcuffed for an hour.
and how they went through all our
legal papers, Took Our personal belongings
Kept us locked down and refuse to
let us contact anybody. My depression
and PTSD is really bothering me right now.
Tell my mom to Contact the Media
about everything that is going on here
and tell terry to get here ASAP. I'm
Shaking I'm so freaked out right now
This is unlawful and unconstitutional
Tell my mom I love her.

            Thank
            JP

mom - 618-663-2932

Terry - 618-703-0081  cell
            618-937-3305  office

Dylan - Brother - 618-694-7941

DOC Shakedown Grievance                    DOC1

\* I filed these grievances electronically but because administration never gave me copies of them, I wrote down what I filed and was able to copy down their response from my email account on the Kiosk.

\* 8/12/21
- I filed a step 1 grievance:

"During the shakedown by DOC officers that you brought, they took many items from me. 1.) a large white envelop that was labeled "WLJ" which contained around 25 pages related to the assault in which I was the victim. 2.) They took a legal document that relates to my defense theory for my case. At least 8 to 10 pages labeled "MC" on the corner. Both items were legal documents and once again, you have violated my constitutional civil rights. These must be returned and you must tell me who has already read these documents. 3.) Unopened and in original

DOC 2

containers they took from my
commissary: 3 ranchera salsas,
10 packs of Mayo, 4 packs of
Jalapenos, 3 cream cheese, 2
yellow pads, 5 black pens, 5
blue pens, 3 tumblers with lids,
3 stamped envelops, 1 1/2 books
of stamps. All these must be
returned as well.

�✱ 8/13/21
- Sgt. Starling responded to my
step 1 at 2:10 am:

" I examined your sealed
property tote and could see neither
large white envelop or a handwritten
document viewing through the
side of the tote. Your grievance
went past the number of
viewable characters, so I do
not know if there is any other
items on your list."

- I filed a step 2 the same day:

" I wrote a step 1 on 8/12/21
concerning items that your DOC

DOC 3

officers took from my cell during shakedown. Starling's response is laughable with no remedie. I insist thru my Step 2. During shakedown by DOC officers, they took: 1.) legal materials related to my criminal case; about 8 to 10 yellow pages labeled "MC" for "my case" on top right hand corner. 2.) A large white envelop labeled "WCJ" which included around 25 pages related to the assault I was a victim of. All these documents were legal and confidential and must be returned. Too, you must tell me specific names of individuals who have read these documents as well as their positions with gov. 3.) They took unopened and in their original package, 3 ranchera salsa, 10 packs of Mayo, 4 packs of Jalapenos, 3 cream cheese, 2 yellow note pads, 5 black pens, 5 blue pens, 3 tumblers with lids, 3 stamped envelops, and 1½ books of stamps. Once again, you have violated my constitutional civil rights.

DOC4

\* 8/17/21
- I filed a step 3 since Lt. Havens never replied to my step 2. I did not keep a copy of this step 3 but it had similar content as step 2 to the best of my recollection.

- Lt. Pinkerton responded to step 3 the same day:

" You are not following proper Grievance procedure. Grievance denied."

\* 8/19/21
- Thru a step 3 grievance, I asked Lt. Pinkerton what I was doing wrong.

- Lt. Pinkerton responded to this step 3:

" You have not waited for an answer to step 2 prior to filing step 3."

\* 8/25/21
- I waited 6 more days on